UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>TRACY COITEUX,<br>Defendant | NO.  CR 21-5184 BHS<br><br>Order Sealing 10/30/24 Declaration of Phil Brennan and attachments |
|---|---|

Defendant Tracy Coiteux moves to seal the 10/30/24 Declaration of Phil Brennan and attachments on the grounds that these materials contains sensitive/personal information and her right to privacy outweighs the public's right to view the same.  The Court has reviewed these materials and agrees with the Defendant.  Accordingly, the Motion is GRANTED and these materials shall remain under seal.

Entered this 31st day of October, 2024.

_____
Benjamin H. Settle
United States District Judge

Order Sealing Declaration of Brennan

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881