The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TRACY COITEUX,

Defendant.

NO. CR21-5184 BHS

**UNOPPOSED MOTION TO DISMISS**

Note on Motion Calendar: January 21, 2026

The government has determined in its prosecutorial discretion that it is in the interests of justice to dismiss Counts 1 through 12 of the Second Superseding Indictment with respect to defendant Tracy Coiteux. Accordingly, the United States Attorney moves the Court to dismiss the charges with prejudice pursuant to Federal Rule of Criminal Procedure 48(a). Counsel for Ms. Coiteux has informed the undersigned that Ms. Coiteux does not oppose this motion.

//

*United States v. Tracy Coiteux*, CR21-5184 BHS
Motion to Dismiss- 1

I certify that this memorandum contains 64 words, in compliance with the Local Criminal Rules.

DATED: January 21, 2026

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

*s/ Seth Wilkinson*
SETH WILKINSON
Assistant United States Attorney

*United States v. Tracy Coiteux*, CR21-5184 BHS
Motion to Dismiss- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970