The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR21-5184BHS |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| TRACY COITEUX, | |
| Defendant. | |

This matter came before the Court on the government's unopposed motion to dismiss Counts 1-12 with respect to Tracy Coiteux. The motion is GRANTED. Pursuant to Federal Rule of Criminal Procedure 48(a), Counts 1 through 12 against Tracy Coiteux are DISMISSED with prejudice.

IT IS SO ORDERED.

DATED:  2nd day of March, 2026

_____
The Honorable Benjamin H. Settle
UNITED STATES DISTRICT JUDGE

United States v. Tracy Coiteux
Order - 1

Presented by:

*Seth Wilkinson*
SETH WILKINSON
Assistant United States Attorney

United States v. Tracy Coiteux
Order - 2